In re YOUNG.

(District Court, E. D. Pennsylvania. June 25, 1908.)

No. 1,724.

BANKRUPTCY—OPPOSITION TO DISCHARGE—ENTRY OF APPEARANCE.

Under general orders in bankruptcy No. 32 (89 Fed. xiii, 32 C. C. A. xiii) a creditor is not entitled to enter an appearance for the purpose of filing objections to a bankrupt's discharge after the return day named in the order to show cause, at least without good cause shown for the delay.

In Bankruptcy. On motion to dismiss specifications of objection to bankrupt's discharge.

J. Howard Weatherby, for bankrupt.

Robert J. Byron and Sidney L. Krauss, for objecting creditors.

J. B. McPHERSON, District Judge. Judge Holland has twice decided the question raised by the bankrupt's motion to dismiss the specifications to his discharge. Following the authority of Re Ginsburg, 130 Fed. 627, 12 Am. Bankr. Rep. 459, and Re Grant (D. C.) 135 Fed. 889, the motion to dismiss is hereby granted.